*Nutovic & Associates*
*Proposed counsel to Debtor and Debtor in Possession*
*261 Madison Avenue, 26th Floor*
*New York, N.Y. 10016*
*(212) 421-9100*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                              Chapter 11

4218 PARTNERS LLC,                                                  Case No. 19-44444 (nhl)


                                        Debtor.
-----------------------------------------------------------------x

## LOCAL RULE 1007-4 DECLARATION

**Joseph Fischman**, declaring under penalty of perjury, pursuant to 28 U.S.C. §1746, says:

1. I am the Manager of 4218 Partners, LLC (the "Debtor"), the above-named debtor and have personal knowledge of the facts stated.

2. I submit this declaration pursuant to E.D.N.Y. Local Rule 1007-4, and in support of the Debtor's voluntary petition for relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§101, et seq. (the "Bankruptcy Code"), filed on July 21, 2019 (the "Filing Date").

### Debtor's Business and Reasons for Filing

3. The Debtor is a limited liability corporation located at 1949 50 the Street, Brooklyn, New York 11204. It is not a small business within the meaning of section 101(51D) of the Bankruptcy Code.

4. The Debtor owns a development site on 4218 Fort Hamilton Parkway in Brooklyn (the "Property") and a collection of air rights from nearby properties (the "Air Rights"). Earlier this year the Debtor obtained approval to build an 18 story structure on the Property.

5. In November of 2018, the Debtor acquired the Property and the Air Rights, obtaining a mortgage loan at the same time. One business day before the time of essence closing on

the Property acquisition, the lender reneged on its funding commitment, shorting the loan by $750,000. The Debtor scrambled to close and but almost immediately defaulted on the loan.

### Assets and Liabilities

6. Pursuant to an appraisal commissioned by the lender, the Debtor's assets were valued at $12,100,000 as of November 16, 2018.

7. The Debtor's creditors are as listed in Exhibit A and hold claims totaling $9,907,195.

### Miscellaneous

8. No property of the Debtor is in the possession or custody and control of any public officer, receiver, trustee or assignee for the benefit of creditors, mortgagees, pledgees or assignees.

9. There is no current pending litigation against the Debtor.

10. No prepetition committee was formed by creditors of the Debtor.

11. A list of the 20 largest creditors is annexed as Exhibit B.

12. The Debtor's equity is not publicly held.

13. The Debtor does not have any payroll obligations.

14. The Debtor believes that with the protection of this Court, it will be able to maximize the value of its assets for the benefit of all creditors.

July     , 2019

_____
Joseph Fischman, Manager

Exhibit A

**Fill in this information to identify the case:**

Debtor name: 4218 Partners LLC

United States Bankruptcy Court for the: Eastern District of NY (State)

Case number (If known): 19-44444

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

   Column A — Amount of claim (Do not deduct the value of collateral.)
   Column B — Value of collateral that supports this claim

**2.1** Creditor's name: Department of Finance NYC
Describe debtor's property that is subject to a lien: 4218 Ft. Hamilton Pkwy
$ 39348.90    $ 12,000,000

Creditor's mailing address: POB 680 Newark NJ 07101-0680

Describe the lien: _____

Creditor's email address, if known: _____

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name: DEP NYC Water Board
Describe debtor's property that is subject to a lien: 4218 Ft. Hamitlton Pkwy
$ 272.99    $ 12000000

Creditor's mailing address: POB 11863 Newark, NJ 071010680

Describe the lien: _____

Creditor's email address, if known: _____

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred: _____
Last 4 digits of account number: __ __ __ __

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    ☐ Yes. The relative priority of creditors is specified on lines ____

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $ _____

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of ___

Debtor _____ Case number (if known) _____
         Name

# Part 1: Additional Page

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

2._ **Creditor's name**
Maguire Ft. Hamilton LLC

**Describe debtor's property that is subject to a lien**
4218 Ft. Hamilton Pkwy

$ 8250000.00    $ 12000000.00

**Creditor's mailing address**
c/o Wachtel Missry LLP I Dag Hamerskold Plaza
885 Second Avenue, 47th Floor NY NY

**Describe the lien**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2._ **Creditor's name**
_____

**Describe debtor's property that is subject to a lien**
_____

$ _____    $ _____

**Creditor's mailing address**
_____
_____

**Describe the lien**
_____

**Creditor's email address, if known**
_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Date debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page ___ of ___

**Fill in this Information to identify the case:**

Debtor: 4218 Partners LLC

United States Bankruptcy Court for the: Eastern District of NY (State)

Case number (If known): 19-44444

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim: $_____   Priority amount: $_____

**2.2** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim: $_____   Priority amount: $_____

**2.3** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim: $_____   Priority amount: $_____

Debtor _____     Case number (if known) _____
           Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
Law office OF Mordy Flam

266 East Broadway, Suite B706

NY NY 10022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 31228.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
Avalon Designs Inc.

2023 60th Str.

Brooklyn Ny 11204

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

$ 6300.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
YMBlueprints

4820 16th Ave

Brooklyn NY 11204

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 69,000.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Snap Developers LLC

1450 37th Street

Brooklyn NY 11218

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 511045.57

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
_____

_____

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

Debtor _____    Case number (if known)_____
         Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $_____ |
| 5b. Total claims from Part 2 | 5b. + | $_____ |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 617573.57 |

Exhibit B

**Fill in this information to identify your case:**

Debtor 1: 4218 PARTNERS LLC
First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Eastern District of New York

Case number: 19-44444
(If known)

☐ Check if this is an amended filing

## Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1.** Law office OF Mordy Flam
Creditor's Name
266 East Broadway Suite B706
Number    Street

NY          NY    10022
City        State    ZIP Code

Contact

Contact phone

What is the nature of the claim? services    $ 31,228.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:    – $_____
       Unsecured claim:    $_____

**2.** Snap Developers LLC
Creditor's Name
1150 37th Street
Number    Street

Brooklyn    NY    11218
City        State    ZIP Code

Contact

Contact phone

What is the nature of the claim? Advances and Services    $ 511,045.57

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:    – $_____
       Unsecured claim:    $_____

Debtor 1 __4218 PARTNERS LLC_____    Case number (if known) __19-44444_____

**Unsecured claim**

**3** Avalon Designs Inc
Creditor's Name
2023 60th st
Number    Street

Brooklyn          NY      11204
City              State   ZIP Code

Contact

Contact phone

What is the nature of the claim? __Services__    $__6,300.00__

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:              −  $_____
       Unsecured claim                    $_____

**4** YMBlueprints
Creditor's Name
4820 16th Avenue
Number    Street

Brooklyn          NY      11204
City              State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:              −  $_____
       Unsecured claim                    $_____

**5**
Creditor's Name

Number    Street

City              State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:              −  $_____
       Unsecured claim                    $_____

**6**
Creditor's Name

Number    Street

City              State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:              −  $_____
       Unsecured claim                    $_____

**7**
Creditor's Name

Number    Street

City              State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____    $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
       Value of security:              −  $_____
       Unsecured claim                    $_____

Debtor 1  **4218 PARTNERS LLC**       Case number (if known) **19-44444**
First Name  Middle Name  Last Name

Unsecured claim

**18**

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
　　Value of security:  – $_____
　　Unsecured claim  $_____

**19**

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
　　Value of security:  – $_____
　　Unsecured claim  $_____

**20**

Creditor's Name

Number  Street

City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $_____
　　Value of security:  – $_____
　　Unsecured claim  $_____

**Part 2:　Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ _____  ✗ _____
Signature of Debtor 1                Signature of Debtor 2

Date _____                    Date _____
　　MM / DD / YYYY                       　MM / DD / YYYY