

**ROSEN & ASSOCIATES, P.C.**
747 THIRD AVENUE
NEW YORK, NY 10017-2803
(212) 223-1100 TELEPHONE
(212) 223-1102 FACSIMILE

www.rosenpc.com

November 6, 2019

**VIA ELECTRONIC FILING**

Honorable Nancy Hershey Lord
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East, Ste 1595
Brooklyn, NY 11201-1800

        **Re: *4218 Partners LLC* (19-44444-nhl) – Motion to Dismiss [Doc. No. 21]**

Dear Judge Lord:

      We represent *Maguire Ft. Hamilton LLC* ("Maguire"), the debtor's senior secured creditor in the above-referenced case, and write to inform the Court that since the hearing on our client's *Motion to Dismiss* [Doc. No. 21], our client has decided not to move for summary judgment with respect to its *Motion to Dismiss*.

      At the hearing on the *Motion to Dismiss,* the Court scheduled November 12, 2019 as the return date for the summary judgment motion and directed that the principals of the debtor and our client appear at the hearing. We assume that the Court directed that they attend in order that the Court may engage the parties in a settlement dialogue.

      Notwithstanding our client's decision not to file a motion for summary judgment, we intend to appear with our client's principals at the hearing scheduled for November 12, 2019, so that the Court may preside over settlement discussions.

      Thank you.

                           Respectfully,

                            /s/ Sanford P. Rosen
                              Sanford P. Rosen

SPR/clm

cc: Isaac Nutovik, esq.