UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                                          Chapter 11

4218 PARTNERS LLC,                                                                Case No. 19-44444 (nhl)


                                                        Debtor.
---------------------------------------------------------------x

## STIPULATION AND ORDER AMENDING
## <u>CONTESTED MATTER SCHEDULING ORDER</u>

**WHEREAS**, a Contested Matter Scheduling Order (the "<u>Scheduling Order</u>") was entered on ~~October 13, 2019~~ ***<u>October 15, 2019 (NHL)</u>*** (ECF No. 31) setting February 7, 2020 as the deadline for completion of discovery;

**WHEREAS**, the Debtor has served discovery requests which the parties have adjourned while engaged in settlement discussions;

**IT IS HEREBY STIPULATED AND AGREED** that the deadline for responding to the Debtor's discovery requests shall be extended until February 19, 2020.


*[Order continues on following page]*

Dated: January 9, 2020

**NUTOVIC & ASSOCIATES,**
Attorneys for Debtor

By: __s/Isaac Nutovic__
Isaac Nutovic, Esq.
261 Madison Ave, 26th Floor
New York, New York 10016
Tel: (212) 421-9100

**ROSEN & ASSOCIATES, P.C.**
*Counsel to Maguire Ft. Hamilton LLC*

By: s/Paris Gyparakis
Paris Gyparakis
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100

**SO ORDERED:**



Dated: January 14, 2020
Brooklyn, New York

Nancy Hershey Lord
United States Bankruptcy Judge