# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: atennerie | Date Created: 1/15/2020 |
| Case: 1−19−44444−nhl | Form ID: pdf000 | Total: 14 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      USTPRegion02.BR.ECF@usdoj.gov
aty      Isaac Nutovic      inutovic@nutovic.com
aty      Paris Gyparakis      pgyparakis@rosenpc.com
aty      Sanford P Rosen      srosen@rosenpc.com

                                                                 TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           4218 Partners LLC      c/o J. Fischman      1949 50th Street      Brooklyn, NY 11204
9604166      4218 Partners LLC      c/o Nutovic & Associates      261 Madison Avenue, 26th Floor      New York, N.Y. 10016
9604168      Avalon Designs Inc      2023 60th st      Brooklyn NY 04
9604171      DEP NYC Water Board      PO Box 11863      Newark NJ 07101−0680
9604170      Department of Finance NYC      PO Box 680      Newark NJ 07101−0680
9608438      Internal Revenue Service      P.O. Box 7346      Philadelphia, PA 19101−7346
9604167      Law office Of Mordy Flam      266 East Broadway Suite B706      New York NY 10002
9604173      Maguire Ft. Hamilton LLC      c/o Wachtel Missry LLP      1 Dag Hammarskjold Plaza      885 Second Avenue, 47th Floor      New York, N.Y. 10017
9604172      Snap Developers LLC      1450 37th Street      Brooklyn NY 11218
9604169      YM Blueprints      4820 16th Ave      Brooklyn NY 11204

                                                     TOTAL: 10