

**Leslie A. Berkoff**
Partner
NY & CT Bars
Email:  lberkoff@moritthock.com

May 6, 2022

**VIA EMAIL**

Isaac Nutovic
Nutovic & Associates
*Counsel to 4218 Partners LLC*
261 Madison Avenue, 26th Floor
New York, NY 10016
inutovic@nutovic.com

Avrum J. Rosen
Law Offices of Avrum J. Rosen, PLLC
*Counsel to Samuel Pfeiffer*
38 New Street
Huntington, NY 11743
arosen@ajrlawny.com

Yitzchak E. Soloveichik
Bronstein, Gewirtz & Grossman LLC
*Counsel to Samuel Pfeiffer*
60 East 42nd Street, Suite 4600
New York, NY 10165
soloveichik@bgandg.com

Joseph J. Schwartz
Law Office of Joseph J. Schwartz, P.C.
*Counsel to Joseph Fischman*
3118 Quentin Road
Brooklyn, NY 11234
joseph@jsalawpc.com

**Re:    4218 Partners LLC, Case No. 19-44444-nhl (the "Bankruptcy Case")**

Dear Messrs. Nutovic, Rosen, Soloveichik, and Schwartz:

As you are aware, this firm is counsel to Maguire Ft. Hamilton LLC in the Bankruptcy Case.  Reference is made to the letter dated May 5, 2022, from Mr. Pinkston, counsel to 4202 Fort Hamilton Debt LLC, regarding the real property located at 4202 Fort Hamilton Parkway, Brooklyn, New York (the "4202 Property") filed at ECF No. 152 on the docket of Case No. 20-42438-nhl, 4202 Partners LLC.

As you are also aware, the real property located at 4218 Fort Hamilton Parkway, Brooklyn, New York (the "4218 Property"), which is property of the bankruptcy estate of 4218 Partners LLC, is contiguous to the 4202 Property.

Accordingly, please advise immediately whether, to the knowledge of your respective clients, the 4218 Property presently is used or was used any time during the pendency of the Bankruptcy Case: (i) to operate a car wash, (ii) to operate a parking business or to store vehicles, or (iii) to conduct any other undisclosed commercial activities.  To the extent that your respective clients are aware of any such activities, please advise immediately whether

---

Isaac Nutovic, Esq.
Avrum J. Rosen, Esq.
Yitzchak E. Soloveichik, Esq.
Joseph J. Schwartz, Esq.
May 6, 2022
Page 2

they have been involved, whether as owners, principals, investors or in any other way at all, with any such activities at the 4218 Property.

For the reasons noted in Mr. Pinkston's letter, operation of a business or storage of vehicles at the 4218 Property would likewise be improper and must immediately cease.

All rights are reserved.

Sincerely,

/s/ Leslie A Berkoff

Leslie A. Berkoff

cc:   M. Ryan Pinkston (via email)
      Nazar Khodorovsky (via e-mail)
      Kevin Nash (via e-mail)
      Hon. Nancy Hershey Lord (via e-mail and CM/ECF)