UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                    Chapter 11

4218 Partners LLC,                                             Case No. 19-44444-NHL

                                Debtor.
---------------------------------------------------------X

**ORDER GRANTING APPLICATION FOR ALLOWANCE OF FINAL
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
<u>EXPENSES INCURRED AS COUNSEL TO THE DEBTOR</u>**

Upon consideration of the Application of Law Offices of Isaac Nutovic, as Counsel for 4218 Partners LLC for Allowance Of Compensation for Professional Services Rendered From July 21, 2019 through May 20, 2022 [ECF No. 243], as voluntarily reduced per Letter dated July 18, 2022 [ECF No. 262], and in accordance with the *Stipulation and Order by and Between the Debtor and Maguire Ft. Hamilton LLC Resolving Objections to Fee Application*, issued on August 8, 2022 [ECF No. 280] (the "Nutovic Fee Application"); and upon the record of the hearing held virtually via Zoom platform on July 19, 2022, the transcript of which is incorporated herein by reference; and no objections having been filed; and due and sufficient notice having been given; and after due deliberation thereon and good and sufficient cause having been shown therefor; now, therefore, it is hereby

**ORDERED**, pursuant to 11 U.S.C. § 330(a), that the Nutovic Fee Application is granted to the extent set forth in Schedule A annexed hereto.



Dated: August 10, 2022
      Brooklyn, New York

_____
**Nancy Hershey Lord
United States Bankruptcy Judge**

Case No.: 19-44444(nhl)

Case Name: 4218 Partners LLC

**FINAL FEE APPLICATION TOTALS**

July 21, 2019 to May 20, 2022

Schedule A

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Allowed | (4) Total Expenses Requested | (5) Total Expenses Allowed |
|---|---|---|---|---|
| **Law Offices of Isaac Nutovic** | **$175,566** | | | |
| | Retainer application $25,556 | Retainer application $25,556 | | |
| | $150,000 | $150,000 | $1,120.40 | $1,120.40 |
| | | | | |
| | | | | |

DATE ON WHICH ORDER WAS SIGNED: 8/10/2022          INITIALS: NHL USBJ